MICHAEL BAILEY
United States Attorney
District of Arizona

BRIAN E. KASPRZYK
Assistant United States Attorney
Pennsylvania State Bar No. 82701
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: brian.kasprzyk@usdoj.gov
Attorneys for Plaintiff

FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 2 7 2020

CLERK U 3 DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Scott Anthony Magana,<br><br>　　　　　Defendant. | No.  CR-20-00701-PHX-SPL (MHB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. §§ 922(a)(1)(A), 923(a)<br>　　　　and 924(a)(1)(D)<br>　　　　(Dealing Firearms without a License)<br>　　　　Count 1<br><br>　　　　18 U.S.C. §§ 924(d) and 981;<br>　　　　21 U.S.C. §§ 853 and 881; and<br>　　　　28 U.S.C. § 2461(c)<br>　　　　(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or between August 25, 2017 and August 29, 2019, in the District of Arizona, Defendant SCOTT ANTHONY MAGANA, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//

//

## **FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegation of Count 1 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offense alleged in Count 1 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are liable, including, but not limited to, the following property involved and used in the offense:

(1) Smith & Wesson, model M&P 9 Shield, nine millimeter pistol, serial number HLR5144; and

(2) Remington, model 870, 12 gauge shotgun, serial number T415753V.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

//

//

//

//

- 2 -

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
_____
FOREPERSON OF THE GRAND JURY
Date:  October 27, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

S/
_____
BRIAN E. KASPRZYK
Assistant U.S. Attorney